EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Enrique G. Banuchi Ríos | 2018 TSPR 6  199 DPR ____ |
|---|---|

Número del Caso: TS-7906

Fecha:   16 de enero de 2018

Abogado del promovido:

        Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Enrique G. Banuchi Ríos

Núm. 7906

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de enero de 2018.

Examinada la *Moción Informando Fiel Cumplimiento con las Condiciones Incluidas en la Resolución del 8 de enero de 2018* presentada por el Sr. Rnrique G. Banuchi Ríos, el Tribunal se da por enterado del cumplimiento de nuestra Sentencia de 10 de junio de 2016.

Se ordena a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo